# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MICHAEL JOHNSON, and<br>BRITTANY JOHNSON | §<br>§<br>§<br>§<br>§ | |
| V. | § | Civil Action No. 3:10-cv-00120 |
| PROCOLLECT, Inc | §<br>§ | |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON THIS DAY FOR CONSIDERATION, the Court considered the Agreed Motion to Dismiss filed by Plaintiffs Michael Johnson and Brittany Johnson and Defendant Procollect, Inc., after considering the same, the Court finds that the Parties' Agreed Motion to Dismiss should be granted. Therefore, it is hereby:

ORDERED that all claims asserted or which could have been asserted in this matter by Plaintiffs against Defendant are hereby dismissed with prejudice to the right of Plaintiff to refile the same.

IT IS FURTHER ORDERED that all costs of court and attorneys' fees are to be taxed against the party incurring same.

SIGNED this 13th day of May, 2011.

_____
UNITED STATES DISTRICT MAGISTRATE